## JAMES LEE v. STATE.

No. A-732.   Opinion Filed April 24, 1912.
Appeal from Oklahoma County Court;
Sam Hooker, Judge.

PER CURIAM.   James Lee, the plaintiff in error, was convicted in the county court of Oklahoma county for the unlawful sale of intoxicating liquor.   On March 12, 1910, he was sentenced to serve a term of sixty days in the county jail and to pay a fine of two hundred dollars. From this judgment he appealed.   No briefs have been filed or oral argument made on behalf of the defendant.   The appeal having been abandoned, the judgment of the county court of Oklahoma county therein is affirmed and the cause remanded thereto, with direction to enforce the judgment and sentence.

## J. M. DUPREE v. STATE.

No. A-1314.   Opinion Filed April 25, 1912.
Appeal from Oklahoma County Court;
John W. Hayson, Judge.

J. M. Dupree was convicted of violating the prohibitory law, and appeals.   Affirmed.

Harris & Nowlin and Pruiett & Sniggs, for plaintiff in error.
Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error, J. M. Dupree, was convicted in the county court of Oklahoma county on the 4th day of May, 1911, on a charge of having possession of intoxicating liquor for the unlawful purpose of sale, and was thereafter sentenced to pay a fine of five hundred dollars and be imprisoned in the county jail for a period of six months.   We have carefully examined the record, and finding no error prejudicial to the substantial rights of the accused the judgment of the trial court is affirmed.

## TOWN OF GOLTRY v. HENRY GROSSMAN.

No. A-1193.   Opinion Filed April 25, 1912.
Appeal from Alfalfa County Court;
M. F. Gustin, Judge.

PER CURIAM.   This is an appeal from a judgment rendered against appellant in the county court of Alfalfa county.   Counsel for appellant have never appeared in this court, either by filing a brief or by making an oral argument.   They have thereby abandoned their appeal.   This court cannot examine records for errors and act as counsel for appellant when such errors are not properly presented to the court.   See Price v. State, 5 Okla. Cr. 148.   The judgment of the lower court is therefore affirmed.

## BEN HALL v. STATE.

No. A-1234.   Opinion Filed April 25, 1912.
Appeal from Ottawa County Court;
W. G. Quigley, Judge.

PER CURIAM.   On the 2nd day of May, 1911, appellant was found guilty of a violation of the prohibitory liquor laws of the state, and his punishment was assessed at a fine of fifty dollars and thirty days' confinement in the county jail.   Counsel for appellant has never made an appearance in this court either by brief or oral argument, and the appeal of appellant has thereby been abandoned.   The judgment of the lower court is affirmed for want of prosecution.